# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:08CR00024-51 |
| v. ) | **ORDER** |
| ) | |
| **TRAVIS DELL JONES**, ) | By: James P. Jones |
| ) | Chief United States District Judge |
| Defendant. ) | |

For the reasons set forth in the opinion accompanying this order, it is **ORDERED** as follows:

1. The objections to the magistrate judge's Report and Recommendation are OVERRULED and it is ACCEPTED;

2. The Motion to Dismiss is GRANTED in part and DENIED in part; and

3. The Indictment against this defendant is DISMISSED without prejudice.

ENTER: September 12, 2008

/S/ JAMES P. JONES
Chief United States District Judge